U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 6 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
WESTERN DIVISION

3:07-CV-187-MEF

MARIO JIMINEZ D.O.C. AL. 244571
Petitioner's Name and Number

3:07cv0219    SEC P
JUDGE JAMES
MAG. JUDGE HAYES

VS.

HARVEY GRIMMER, WARDEN
WEST CARROLL DETENTION CENTER
Name of Respondent

Magistrate Judge

APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. §2241

1. Present place of confinement W.C.D.C. 180 CAPITAL BANK DRIVE EPPS, LA 71237

2. Indicate the basis for your petition and complete the portions of the application form indicated:

   a. YES    A conviction.
   b. YES    A sentence. CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. §2255 in the federal court which entered the judgment.
   c. NO     Prison discipline.
   d. NO     A parole problem.
   e. NO     A detainer placed by the State of _____.
   f. NO     A deportation order or detainer placed by the Immigration & Naturalization Service.
   g. _____  Continued detention in the custody of the Immigration & Naturalization Service.
   h. YES    Other STATE OF ALABAMA CONVICTION & SENTENCE

3. PERSONS CHALLENGING A FEDERAL CONVICTION OR SENTENCE COMPLETE THIS PART.

   a. Name and location of court which entered judgment of conviction and the sentence you are currently serving and which is currently under attack. LEE COUNTY CIRCUIT COURT, 37TH JUDICIAL CIRCUIT OF ALABAMA - LEE COUNTY ALABAMA

   b. Date of judgment of conviction. NOV 8TH 2005

c. Length of sentence imposed. __30 YRS__

d. Name of sentencing judge. __JACOBB A. WALKER III__

e. Nature of the offense(s) for which you were convicted (list all counts). __RAPE 1ST DEGREE 13A-6-61 ALABAMA CODE "1975"__

f. What was your plea?
   _____ Guilty
   __YES__ (Not Guilty)
   _____ Nolo Contendere

   If you entered a GUILTY plea to one count or indictment and a NOT GUILTY plea to another count or indictment, give details. __N/A__

g. Type of trial.
   __YES__ Jury
   _____ Judge Only

h. Did you testify at trial?
   __YES__ Yes
   _____ No

i. Did you appeal from the judgment of conviction?
   __YES__ Yes
   _____ No

j. If you did appeal, answer the following:
   1. Name of court. __ALABAMA CRIMINAL COURT OF APPEALS__
   2. Result of appeal. __DENIED__
   3. Date of result. __NOVEMBER 17TH 2006__
   4. Grounds raised on appeal. __TRIAL COURT ERRED BY ALLOWING INADMISSABLE TESTIMONY ② TRIAL COURT ERRED IN ALLOWING OPINION OF BRENDA MOSS ③ TRIAL COURT ERRED IN ALLOWING EVIDENCE OF COLLATERAL SEXUAL MISCONDUCT WITH THE ALLEDGED VICTIM.__

k. Other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications or motions with respect to this judgment in any court, state or federal?

3

       _____ Yes      **NO**     No

If YES, give the following information:
1. Name of court.    N/A
2. Nature of proceeding.   N/A

3. Grounds raised.   N/A

     (i)    Did you receive an evidentiary hearing on the petition, application, or motion?
            _____ Yes
            NO    No
    (ii)   If YES, give the following information:
Result.   N/A

Date of result.   N/A

l. Have you filed a motion under Section 2255 of Title 28 of the United States Code to vacate, set aside, or correct the sentence imposed?
      _____ Yes
      NO    No
If YES, what grounds were presented?   N/A

m. Do you have any petition, application, or appeal pending in any court, state or federal?
      _____ Yes
      NO    No
If YES, give the following information:
1. Name of court.   N/A
2. Nature of proceeding.   N/A

3. Date of filing.   N/A
4. Suit Number.   N/A
5. Current status.   N/A

n. Have you been sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
      _____ Yes
      NO    No

o. Do you have any future sentence to serve after you complete the sentence imposed by the

judgment under attack in this petition?

_____ Yes

__NO__ No

If YES, give the following information:
1. Name and location of the court which imposed the sentence to be served in the future. __N/A__

_____

2. Length of sentence to be served in the future. __N/A__
3. Have you filed or do you contemplate filing any petition attacking the judgment which imposed the future sentence.

_____ Yes

__NO__ No

## 4. PERSONS CHALLENGING A DECISION BY THE PAROLE COMMISSION COMPLETE THIS PART.

a. Have you presented this claim or any other claim challenging the Parole Commission's decision to the National Appeals Board or any other available agency for review?

_____ Yes

_____ No

If YES, what was the result? __N/A__

## 5. PERSONS CHALLENGING A STATE DETAINER COMPLETE THIS PART.

a. Have you presented this claim or any other claim concerning the legality of the state detainer placed against you to that state's highest court? (NOTE: Interstate Agreement on Detainers)

__N/A__ Yes

__N/A__ No

## 6. PERSONS CHALLENGING ACTIONS BY THE IMMIGRATION & NATURALIZATION SERVICE COMPLETE THIS PART.

a. Have you presented this claim or any other claim concerning the INS's action to the Board of Immigration Appeal?

_____ Yes

_____ No

If YES, what was the date and result of the appeal? __N/A__

_____

## 7. THIS SECTION IS TO BE COMPLETED BY ALL PETITIONERS.

Specifics of your claim. State concisely and clearly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. Do not cite case law.

5

Give only factual information.

GROUND ONE  WEIGHT OF THE EVIDENCE DOES NOT SUPPORT CONSTITUTIONAL CONVICTION. CONVICTION OBTAINED SOELY BY CIRCUMSTANTIAL EVIDENCE.

SUPPORTING FACTS  PERJERED TESTIMONY BY MS. STOZIER, UNQUALIFIED FORENSIC EXAMINER BRENDA MOSS, TAINTED JURY HEARING COLLATERAL EVIDENCE OF SEXUAL MISCONDUCT.

GROUND TWO  TRIAL COURT JUDGE GAVE FAULTY JURY INSTRUCTIONS, ALSO TRIAL COURT WAS BIAS, RESULTING IN PREJUDICE, BY FAILING TO GRANT OR SUSTAIN ANY OBJECTIONS OR MOTIONS BY THE DEFENSE COUNSEL.

SUPPORTING FACTS  TRIAL COURT JUDGE DENIED 9 OUT OF 11 OBJECTIONS MADE DURING TRIAL BY DEFENSE COUNSEL, ALSO FAILED TO GIVE ACCURATE JURY INSTRUCTIONS DEFINEING SEXUAL ABUSE OR ELEMENTS OF RAPE 1ST DEGREE

GROUND THREE  ABUSE OF DISCRECTION BY TRIAL COURT JUDGE IN IMPROPER INSTRUCTIONS REGUARDING BEYOND A "REASONABLE DOUBT" AND TO A "MORAL CERTAINTY" WHICH WAS CONFUSING AND PLACING UNDUE PRESSURE ON THE JURORS

SUPPORTING FACTS  JUDGE CONFUSED THE JURORS BY FORCING CONVICTION WHEN TESTIMONY AND INVESTIGATION WAS FOR SEXUAL ABUSE, WHILE INDICTMENT STATED RAPE 1ST DEGREE, JURORS COULD NOT ASCERTAIN DIFFERENCE BETWEEN ELEMENTS OF RAPE OR SEXUAL ABUSE, "WITHOUT DOUBT"

GROUND FOUR  INEFFECTIVE ASSISTANCE OF COUNSEL, COUNSEL FAILED TO BRING FORTH WITNESSES OF BOTH PROFFESIONAL OR EXPERT, OR PERSONAL STATUS REGAURDLESS OF MY REPEATED DIRECTIVES TO DO SO.

SUPPORTING FACTS  COUNSEL WAS DIRECTED TO SECURE BOTH MEDICAL AND FORENSICS EXPERTS FOR DEFENSE, BUT FAILED TO DO SO. ALSO WAS INSTRUCTED TO SECURE HANDWRITEN REPORT, TAPES OR OTHERWISE, OF INTERVIEWS WITH ALLEDGED VICTIM BY BRENDA MOSS, But failed.

2-2-07
**Date**

*[signature]*
**Signature of Petitioner**

See attached Brief

Mario Jimenez #344571
LLCPCB1-3
180 Capital Bank Cir
Forps, La. 71237

SHREVEPORT LA
FEB 5 2007 PM SHREVEPORT



Clerk of United States District
Western District of Louisiana,
300 Fannin Street, Suite 1167
Shreveport, Louisiana, 71101-308






3:07CV0219 SEC P James Hayes 2/06/07 pp pnd Smth
Case 3:07-cv-00219-RGJ-KLH   Document 1-2   Filed 02/06/2007   Page 1 of 1

JS 44 (Rev. 11/04)                                 CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Mario Jiminez #244571

(b) County of Residence of First Listed Plaintiff: W. Carroll
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
W. Carroll Det. Ctr.
180 Capital Bank Dr.
Epps, LA 71237

### DEFENDANTS
Harvey Grimmer
W. Carroll Det. Ctr.

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

### IV. NATURE OF SUIT
PRISONER PETITIONS: [X] 530 Habeas Corpus: General

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
Brief description of cause: 28: 2241

### VII. REQUESTED IN COMPLAINT:
DEMAND $ -0-
JURY DEMAND: [X] No

### VIII. RELATED CASE(S) IF ANY

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 6 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

MARIO JIMINEZ #244571
PETITIONER,

VS.

HARVEY GRIMMER,
WARDEN, W.C.D.C.
RESPONDENTS,

3:07cv0219   SEC P
JUDGE JAMES
MAG. JUDGE HAYES

## MEMORANDUM IN SUPPORT OF, MOTION TO VACATE CONVICTION AND SENTENCE, PURSUANT, 28 U.S.C. 2241-2254

COMES NOW THE PETITIONER, **MARIO JIMINEZ** PRO-SE, IN THE ABOVE STYLED CAUSE OF ACTION. THE PETITIONER IS BEING HELD BY INCARCERATION FOR AN OFFENSE HE DID NOT COMMIT. THE PETITIONER IS INCARCERATED ILLEGALLY AND IS ACTUALLY INNOCENT OF ANY CRIME ALLEGED BY THE INDICTMENT. THE FUNDAMENTAL FAIRNESS RULES OF OUR COURT SYSTEMS, IN THE STATE OF ALABAMA, HAVE BEEN PREJUDICED BY THE NATURE OF THE ALLEGED OFFENSE, THEREBY, THE MISCARRIAGE OF JUSTICE OF A TRULY **EXTRAORDINARY CASE** IS BEFORE THIS MOST HONORABLE DISTRICT COURT.

FACTS AS FOLLOWS;

a) THE PETITIONER WAS ARRESTED FOR AN OFFENSE WITHOUT POLICE EVER HAVING INVESTIGATED THE CASE OR QUESTIONING THIS PETITIONER AT ANY TIME.
b) THE PETITIONER WAS INDICTED BY THE GRAND JURY BY WAY OF PERJURED TESTIMONY.
c) THE PETITIONER WAS REPRESENTED BY UNPROFESSIONAL STANDARDS OF COUNSEL, TO THE DEGREE OF UNCONSTITUTIONAL ACTIONS, PERMITTING CONVICTION BY REFUSING TO SECURE NECESSARY EXPERT WITNESSES OR DILIGENTLY ARGUE OBJECTIONS.

d) PETITIONER WAS VICTIM OF A BIASED AND PREJUDICED COURT, ALSO, DENIED A **FAIR AND IMPARTIAL TRIAL.**

e) PETITIONER WAS SUBJECT TO INADMISSIBLE EVIDENCE ADMITTED BY THE TRIAL COURT JUDGE AND TESTIMONY MANUFACTURED BY AN UNLICENSED, UNQUALIFIED INDIVIDUAL WITH A **SECRET REPORT OF PERSONAL NOTES.** (NEVER VIEWED BY COURT OR DEFENSE COUNSEL, ABSENT ANT VIDEO OR AUDIO TAPES OF ALLEGED INTERVIEWS WITH THE SO-CALLED VICTIM.) UNCONSTITUTIONAL EVIDENCE OF CIRCUMSTANCES.

### TRUE FACTS OF THE CASE- IN SUPPORT OF MOTION TO VACATE, 28U.S.C. 2241-2254

f) THE PETITIONER WAS SUBJECTED TO A TRIAL COURT THAT WAS PREJUDICED BY THE ACT OF **FAULTY JURY INSTRUCTIONS** GIVEN BY THE JUDGE, **TO FIND HIM GUILTY BEYOND A REASONABLE DOUBT, AND TO A MORAL CERTAINTY.** THE PHRASE MORAL CERTAINTY SHOCKED THE JURORS AND THE RESULTS OF WHICH REGISTERED ON THEIR FACES.

### SUMMARY OF THE ARGUMENT UNDER 28-1(i)

YOUR HONOR, THE ALABAMA STATE COURT ADJUDICATION IS **CONTRARY TO** CLEARLY ESTABLISHED FEDERAL LAW, AND U.S. SUPREME COURT PRECEDENTS.

THE OFFENSE OF RAPE IN ANY CAPACITY IS VIEWED BY CITIZENS AND COURTS AS ONE OF THE WORST OFFENSES. THE SUBJECT MATTER IS SEVERELY AGGRAVATED BY POLITICIANS SEEKING APPROVAL BY PUBLIC VOTERS FOR PERSONAL AND POLITICAL GAIN. IN ALABAMA THE SUBJECT OF SEX CRIMES IS THE MOST POPULAR MODE OF POLITICAL CAMPAIGNING AND **PUBLICITY STUMPING.** ONE ONLY HAS TO READ A NEWSPAPER OR WATCH TV IN ALABAMA TO KNOW THESE FACTS ARE TRUE AND CORRECT. ALABAMA TOUTS THE **MOST HARSH** AND SEVERE PUNISHMENTS FOR THESE OFFENSES. THE ATTORNEY GENERAL, TROY KING, HAS REPEATEDLY BEEN IN THE LIME LIGHT ON TV DEMANDING THE LEGISLATURE TO PASS HIS **NEW LAWS** AND AMENDMENTS TO LAWS THAT ARE PREJUDICED AND BIASED BY THE U.S. CONSTITUTION'S VERY WORDS.

IN SHORT ONE ONLY HAS TO ALLEGE A SEX OFFENSE IN ALABAMA AND THE COURTS CONVICT, ABSENT DIRECT OR MATERIAL EVIDENCE DUE TO LAWS ILL WRITTEN AND UNDEFINED. THIS GIVES PROSECUTORS UNPRECEDENTED AUTHORITY TO **FLOUT** IN PRESENCE OF GRAND JURORS OR SITTING AT TRIAL. ULTIMATELY, A FAIR TRIAL CANNOT BE SAID TO HAVE TAKEN PLACE BY FEDERAL OR U.S. STANDARDS. U.S.C. 6TH AMENDMENT. THE CHARGES WERE ALLEGED BY A WOMAN WHOM PREVIOUSLY HAD BEEN LIVING WITH THE PETITIONER. THE PETITIONER IS AN HONORABLY DISCHARGED VETERAN OF THE **GULF WAR**, UNMARRIED. ALSO, THE PETITIONER HAD RECEIVED TOTAL DISABILITY STATUS FROM THE VETERANS ADMINISTRATION. FURTHERMORE, THE PETITIONER HAD RECEIVED A LARGE AMOUNT OF MONEY IN BACK PAYMENTS OF DISABILITY AND REGULAR MONTHLY BENEFITS AS WELL. THE PETITIONER AND THE WITNESS PARTED COMPANY.

THE ALLEGED OFFENSE BY THE SECOND PARTY FEMALE WHICH WAS STIPULATED IN COURT BY A SO-CALLED WITNESS, WAS ALSO ANOTHER WOMAN WHOM THE PETITIONER HAD A PREVIOUS BRIEF RELATIONSHIP WITH. BOTH WERE BITTER BECAUSE THE PETITIONER REFUSED TO LET EITHER LIVE WITH HIM. THE SO-CALLED VICTIM'S MOTHER HAD PURPOSED MARRIAGE AND THE PETITIONER DECLINED. THEREBY, THE TWO FEMALES, KNOWING EACH OTHER, CONSPIRED TO GET REVENGE BY USING THE CHILD AS A TERRIBLE WEAPON OF VENGEANCE. A FEW DAYS AFTER SEPARATION OF COMPANY THE PETITIONER STOPPED AT A LOCAL CONVENIENCE STORE TO PURCHASE GAS. THE CLERK WAS A CASUAL ACQUAINTANCE. UPON LEAVING SHE SAID, "MARIO, WATCH YOUR BACK, THERE'RE GOING TO GET EVEN." THE PETITIONER ENTERS THE **TRUE FACTS** OF HOW THE CHARGE TRANSPIRED. NO PRIOR FELONY RECORD, NO HISTORY OF VIOLENCE, NO HISTORY OF BAD CHARACTER.

### MISAPPLICATION OF STATUE-13A-6-61 CR.CODE ALA. (1975)

THE STATE OF ALABAMA, LEE COUNTY, CIRCUIT COURT PROSECUTED AN INNOCENT MAN FOR RAPE 1ST DEGREE, 13A-6-61. THE INVESTIGATION SUPPOSEDLY CONDUCTED CONTAINED ALLEGATIONS OF SEXUAL ABUSE

3

13A-6-66. THIS IS UNQUESTIONABLE AND APPEARS IN THE TRANSCRIPT. HOWEVER, SEXUAL ABUSE IS A CLASS 'C' FELONY WITH (1 YR. 1 DAY-10 YRS.) AVAILABLE IN THE STATUTORY RANGE. THE RAPE 1ST DEGREE CHARGE CARRIES 10 YRS-99 YRS-LIFE. YOUR PETITIONER RECEIVED A 30 YR. SENTENCE FOR RAPE 1ST DEGREE WITH THE STATE FAILING TO PROVE THE ELEMENTS EVEN FOR SEXUAL ABUSE 1ST DEGREE. THE ULTIMATE ISSUE OF RAPE, THUS, PENETRATION BY PENIS WAS ABSENT IN EVIDENCE OF TESTIMONY AND THE DOCTOR'S TESTIMONY. **(DR. LISA YOUNG)** PROVED THE ISSUE BY COMMENTING ON THE SIZE OF THE **HYMEN**. THE JURY EXPLICITLY ASKED THE COURT, "WHAT DOES RAPE HAVE AS AN **ELEMENT** OF PENETRATION?" THE TRIAL JUDGE REPLIED FLATLY, "PENIS, IT HAS TO BE BY **PENIS**". THE COURT FAILED TO INSTRUCT JURORS PROPERLY ON ELEMENTS **MANDATORY** FOR THE OFFENSES AFTER HAVING INSTRUCTED THE JURY IN OPEN COURT, THE ELEMENT OF **FORCE** WAS NOT PRESENT. THE JUDGE FAILED TO INFORM JURORS, IF FORCE IS NOT PRESENT, THE **PENETRATION** IS NOT POSSIBLE. DEFINING THE OVERT ACTS AND DEFINITIONS OF THE MANDATORY ELEMENTS WAS THE DUTY OF THE TRIAL COURT JUDGE. THE TRIAL COURT JUDGE, **ABUSED HIS DISCRETION, BY FAILING TO PROPERLY INSTRUCT JURORS ON ELEMENTS AND OVERT ACTS** OF 13A-6-61 AND 13A-6-66, THE ALLEGED CHARGES. PETITIONER ASSERTS, THE INDICTMENT STATES, RAPE 1ST DEGREE ONLY. THE ALLEGED EVIDENCE WAS ABUSE, THE INDICTMENT STATES **SEXUAL INTERCOURSE**. DR. LISA YOUNG'S TESTIMONY PROVED **SEXUAL INTERCOURSE DID NOT HAPPEN** BY THE OBVIOUS FACT OF THE PRESENCE OF THE **HYMEN**. THEREBY, THE STATE OF ALABAMA MISAPPLIED THE STATUE OF 13A-6-61 TO AN INNOCENT MAN.

**ARGUMENT**

PETITIONER ASSERTS THE TRIAL COURT JUDGE ERRED IN THE ADMISSION OF TESTIMONY ALLEGING ABUSE OF ANOTHER CHILD. THE TESTIMONY WAS GIVEN BY THE WOMAN WHOM PRIOR LIVED WITH THE PETITIONER, (MS. STROZIER), THE MOTHER OF THE ALLEGED VICTIM. THE TESTIMONY WAS PERJURY AND GIVEN FOR THE SOLE PURPOSE OF DESTROYING THE **CHARACTER** OF THIS PETITIONER, THEREFORE, THE TESTIMONY PREJUDICED

THE RIGHT TO A FAIR AND IMPARTIAL TRIAL. THE 6TH AMENDMENT RIGHTS TO A FAIR TRIAL WERE VIOLATED BY THE TRIAL COURT ALLOWING TESTIMONY OF ONLY 'SPECULATION' AND 'HEARSAY', THEREBY TAINTING THE MINDSET OF THE JURY AND SEVERELY CREATING A SUBSTANTIAL PREJUDICE TO THE PERSONAL CONSTITUTIONAL RIGHTS TO LIFE AND LIBERTY OF THIS PETITIONER. THE ALABAMA CASE LAW, PHILLIPS V. STATE, 505 SO.2D.1075, 1078 SUPPORTS **REVERSIBLE ERROR**, WHERE THE INADMISSIBLE TESTIMONY SERVES ONLY TO SHOW THE DEFENDANT'S **BAD CHARACTER** OR TO **PREDISPOSITION** OF THE SAME ALLEGED OFFENSE CHARGED.

YOUR HONOR, THE PETITIONER ADAMANTLY STATES, THE TRIAL COURT ABUSED ITS DISCRETION IN ALLOWING TESTIMONY OF **BRENDA MOSS**, SO-CALLED, SELF-PROCLAIMED, (FORENSIC EXAMINER). THE TITLE FORENSIC EXAMINER DEPICTS ONE WITH CERTIFIED 'LEGAL' AND 'EDUCATIONAL' CREDENTIAL. THE INDIVIDUAL NAMED IS THE RECIPIENT OF NEITHER CATEGORY. SHE IS NOT LICENSENED BY THE STATE OF ALABAMA, OR ANY KNOWN MEDICAL FIELD. FAILED TO BE A HOLDER OF COLLEGE DEGREE OR PSYCHOLOGIST OR REMOTELY SOCIAL WORKER STATUS. SHE WAS **UNQUALIFIED** AND **UNPROFESSIONAL** AT BEST. THERE EXIST NO CREDENTIALS THAT WOULD PRESENT **VAGUE EXPERT STATUS**. THE ADMISSION OF TESTIMONY BY BRENDA MOSS WAS <u>DAMNING</u> AND <u>DELIBERATE.</u> ITS RESULTS OF WHICH "TAINTED" THE JURY TO POINT OF "ABORTING" ANY CHANCE OF A **FAIR TRIAL** AND **CONSTITUTES ABUSE OF DISCRETION** BY THE TRIAL COURT JUDGE IN THE "WORST" CAPACITY, **PREJUDICE!** THE TESTIMONY OF BRENDA MOSS WAS NOTHING MORE THAN **THEATRICS** ORCHESTRATED BY THE DISTRICT ATTORNEY TO TAINT THE JURORS REASONING PROCESS IN LIGHT OF NO <u>DIRECT</u> OR <u>PHYSICAL EVIDENCE</u> EXISTING. THEREBY A LAY PERSON GAVE A PERJURED OPINION WHICH IN REALITY WAS A BALD FACE LIE UPON UTTERANCE. THE U.S. SUPREME COURT RULING OF, <u>**THOMPSON V. LOUISVILLE**</u> 362 U.S. 199, 4 LED 2D 654, 80 S.CT. 624, BEST DESCRIBES THE LACK OF EVIDENCE IN PETITIONERS CONVICTION , "JUST AS A CONVICTION UPON A CHARGE NOT MADE WOULD SHEER DENIAL OF DUE PROCESS, SO IS IT A VIOLATION OF DUE PROCESS TO CONVICT AND PUNISH A MAN WITHOUT EVIDENCE OF HIS

GUILT". THIS YOUR HONOR, IS EXACTLY THE CASE OF A **TRULY EXTRAORDINARY CONVICTION BEFORE YOU OF AN INNOCENT AMERICAN**, AND HONORABLY DISCHARGED WAR VETERAN AND FATHER. FOR THESE REASONS OF FACT, LAW AND TRUE EVENTS STATED THE PETITIONER ASSERTS THIS COURT SHOULD VACATE CONVICTION AND SENTENCE OF THIRTY YEARS AND TO EXPUNGE THE CRIMINAL CHARGE FROM THE RECORD OF AN HONORABLE MAN SUFFERING FROM A TRUE MISCARRIAGE OF JUSTICE.

### PRAYER FOR RELIEF

PETITIONER ADAMANTLY PRAYS THIS COURT TO RECOGNIZE THESE "PLAIN ERRORS" EXISTING IN THE PROCEEDING CASE AND **CONSTRUE** CONTENTS IN A **FAVORABLE LIGHT OF JUSTICE**. THEREBY, TO GRANT AN EVIDENTIARY HEARING WHEREBY THIS PETITIONER MAY BE PRESENT WITH "COUNSEL" AND BRING BEFORE THIS COURT A **CLASSIC MISCARRIAGE OF JUSTICE** AND FREE AN INNOCENT MAN LANGUISHING IN PRISON FAR FROM HOME. TO ALLOW THE **U.S. CONSTITUTION** TO RULE IN THE "FUNDAMENTAL FAIRNESS INTEREST" OF EVIDENCE WILL WITHOUT DOUBT FREE THIS PETITIONER AND RIGHT A WRONG REFLECTION ON THE SYSTEM AMERICANS HOLD DEAR. TO BE ALLOWED THE FAIRNESS OF THIS COURT AND ITS **PRINCIPLES OF EQUALITY**.

### CERTIFICATE OF SERVICE

I, PETITIONER, "MARIO JIMINEZ", DO CERTIFY THAT ON THIS DATE I HAVE SERVED THE APPROPRIATE PARTIES AND **THE HONORABLE CLERK**, ROBERT H. SHEMWELL OF THE U.S. DISTRICT COURT, WESTERN DISTRICT, AT 300 FANNIN STREET STE. 1167, SHREVEPORT LOUISIANA, 71101-3083.

MARIO JIMINEZ #244571

*Mario Jiminez* 2-2-07

W.C.D.C. B-1 DORM
180 CAPITAL BANK DRIVE
EPPS, LOUISIANA 71237

I SWEAR UNDER PENALTY AND PERJURY THAT THIS ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. SWORN TO BE FOR ME ON THIS DONE DATE __31__ DAY OF MONTH __JAN__ 2007.

_____           _____
NOTARY PUBLIC #059021                           PETITIONER PROS-SE

                    _____AT  DEATH_____
                    MY COMMISSION EXPIRES