U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 2 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

Mario A. Jiminez
244571 - B-1
P.O. Box 307
Epps, La. 71237
February 20, 2007

3:07-CV-0219
SLCP

To: U.S. District Court, of Lousiana, Western District (Robert H. Shemwell)
Honorable District Court,

My name is Mario A. Jiminez, 244571, I sent some motions to your office on the 5th of February, there should have been a $5.00 money order a couple of days later for the filing fee. The brief or motion was sent registered mail and I am writing to see if you got the motion and the money order because I have not gotten the card back yet saying it was recieved. Please let me know if you got the motion and the money order. Also, please let me know if there is anything else you all need from me. Thank you!

Sincerely
Mario Jiminez
Mario Jiminez

Mario Jimenez
24451-B-1
P.O. Box 307
Epps, La. 71237

SHREVEPORT LA 711

21 FEB 2007 PM 3 L

This Correspondence
Originates From A
Correctional Facility And
Is Uncensored

Robert H. Shemwell, Clerk
U.S. District Court, Western District
300 Fannin Street, Ste. 1167
Shreveport, La. 71101-3083

