IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIO JIMINEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 3:07-CV-187-MEF |
| ) | (WO) |
| HARVEY GRIMMER, WARDEN, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Come now the Respondents to move the Court for an additional twenty (20) days to file its response to the petition.

The Respondents had other filings due during this period. Additionally, the records for this case had to be obtained from Archives and Respondents have not had sufficient time to address all issues raised by Jiminez.

Respondents respectfully request that the Court grant the addition time in which to file the Response.

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama

s/James B. Prude
James B. Prude (PRU005)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: <u>Mario Jiminez, AIS# 244571, P.O. Box 307, Epps, La 71237</u>

                                      s/James B. Prude  
                                      James B. Prude (PRU005)  
                                      Office of the Attorney General  
                                      Alabama State House  
                                      11 South Union  
                                      Montgomery, AL  36130-0152  
                                      Telephone:  (334) 242-7300  
                                      Fax:  (334) 242-2848  
                                      E-Mail:  <u>JPrude@ago.state.al.us</u>