IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| MARIO JIMINEZ, #244 571 | * |
| Petitioner, | * |
| v. | *   3:07-CV-187-MEF |
| HARVEY GRIMMER, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on April 2, 2007. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 9), is GRANTED; and

2. Respondents are GRANTED an extension from April 2, 2007 to April 23, 2007 to file their answer.

Done, this 3rd day of April 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE